UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/16/2023
```

TAMARKQUA GARLAND,

        Petitioner,

-against-

WARDEN, FISHKILL CORRECTIONAL FACILITY,

        Respondent.

22-CV-8712 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of petitioner Tamarkqua Garland's recent filings. (Dkts. 23-25.)

Petitioner's change of address form (Dkt. 25) states that he has been transferred from Clinton Correctional Facility to Fishkill Correctional Facility. Accordingly, the Clerk of Court is respectfully directed to substitute "Warden, Fishkill Correctional Facility" in place of "Clinton Correctional Facility" as the respondent in this action.

Dated: New York, New York
       February 16, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**