UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMARKQUA GARLAND,

          Petitioner,

    -against-

WARDEN, FISHKILL CORRECTIONAL
FACILITY,

          Respondent.

22-CV-8712 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of respondent's Answer in Opposition to Petition for a Writ of Habeas Corpus. (Dkt. 35.) In accordance with the January 12, 2023 Order to Answer (Dkt. 19), petitioner may file his optional reply papers no later than **July 30, 2023**.

Dated: New York, New York
      June 27, 2023        **SO ORDERED.**

                              **BARBARA MOSES**
                              **United States Magistrate Judge**