UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMARKQUA GARLAND,

        Plaintiff,

-against-

WARDEN, FISHKILL CORRECTIONAL FACILITY,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/09/2023
```

22-CV-8712 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In accordance with this Court's June 27, 2023 order setting the briefing schedule for petitioner's reply to his Petition for a Writ of Habeas Corpus (Dkt. 37), the Court has received plaintiff's timely "Reply/Answer," dated July 19, 2023. (Dkt. 39.)

The Court has also received a document filed by plaintiff, entitled "Reply to Answer," dated August 8, 2023 (Dkt. 40), which functions as a second, unauthorized, and untimely reply in further support of the fully-briefed Petition for a Writ of Habeas Corpus. In light of plaintiff's *pro se* status, the Court will permit the document to remain on file. However, no further papers in support of the Petition for Writ of Habeas Corpus will be accepted.

Dated: New York, New York
       August 9, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**