USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/3/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMARKQUA GARLAND,

        Plaintiff,

-against-

WARDEN, FISHKILL CORRECTIONAL FACILITY,

        Defendant.

22-CV-8712 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of petitioner Tamarkqua Garland's recent filings: (1) petitioner's Request to Proceed In Forma Pauperis (Dkt. 44), dated December 23, 2024; and (2) a document titled "challenging the constitutionality of 2015 conviction," also dated December 23, 2024, which the Court construes as an unauthorized reply in further support of the fully-briefed Petition for a Writ of Habeas Corpus. 12/23/2024 Reply (Dkt. 45)

    On January 9, 2023, the Court granted petitioner leave to proceed in this Court without prepayment of fees, pursuant to 28 U.S.C. § 1915. (Dkt. 17.) Accordingly, petitioner's December 23, 2024 Request to Proceed In Forma Pauperis is deemed MOOT as already granted.

    This is not the first time petitioner has filed an unauthorized reply in support of his petition. On August 9, 2023, the Court permitted petitioner's August 8, 2023 reply, "[i]n light of plaintiff's pro se status," although that filing was "unauthorized, and untimely." 8/9/2023 Order (Dkt. 41). However, the Court also Ordered that "no further papers in support of the Petition for Writ of Habeas Corpus will be accepted." *Id.* Accordingly, the Court will disregard the 12/23/2024 Reply.

Dated: New York, New York
       January 3, 2025            **SO ORDERED.**

                                                      _____
                                                      **BARBARA MOSES**
                                                      **United States Magistrate Judge**